**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA MIRANDA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS C. HOKINSON (in his individual capacity); ARNOLD NETKA (in his individual capacity); ALFRED SOSA, (in his individual capacity); CITY OF LOS ANGELES DEPARTMENT OF WATER AND POWER, DOES 1 – 10,<br><br>    Defendants. | CASE NO.  **2:07-cv-00609-JHN –RCx**<br><br>*[Assigned for all purposes to Hon. District Judge Jacqueline H. Nguyen and Magistrate Judge Rosalyn Chapman]*<br><br>**AMENDED JUDGMENT ON JURY VERDICT**<br><br>Trial Date:    January 25, 2011 |

This action came on regularly for trial on January 25, 2011, in Courtroom 790 of the United States District Court, Honorable Jacqueline H. Nguyen, Judge Presiding; the plaintiff, Sandra Miranda, appearing by attorney Patricia J. Barry; defendants, Thomas C. Hokinson, Arnold E. Netka, and City of Los Angeles Department of Water of Power, appearing by attorney Paul N. Paquette; and defendant, Alfred Sosa, appearing by attorney Raymond J. Fuentes.

A jury was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and the argument of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict

on special issues. The jury deliberated and thereafter returned into Court on February 2, 2011, with its unanimous verdict as follows:

> "Has plaintiff proven by a preponderance of the evidence that she was subjected to any adverse employment action by one or more of the defendants or their subordinates (a) at their direction; or (b) that defendant set in motion a series of acts by his subordinates that he knew or reasonably should have known would cause the subordinate to deprive plaintiff of her rights; or (c) that defendant knew or reasonably should have known that his subordinates were engaging in these acts that deprived plaintiff of her rights and defendant failed to act to prevent such conduct?
> 
> Answer: No."

It appearing by reason of said verdict that defendants are entitled to judgment against plaintiff.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. That plaintiff take nothing by way of her Complaint on file herein;
2. That judgment is entered in favor of defendants; and
3. That defendants shall recover $13,147.71 in statutory costs of suit with interest thereon at the federal rate of interest from and after February 14, 2011.

DATED: August 31, 2011

By: _____
JA[signature]
Ho

240924